David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Ofunne N. Edoziem, Bar No. 260000
OEdoziem@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:   310.843.1284

Attorneys for Defendants
CALIBER HOME LOANS, INC. and
SUMMIT MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ESTRADA,<br><br>               Plaintiff,<br><br>     v.<br><br>CALIBER HOME LOANS, INC. AND SUMMIT MANAGEMENT COMPANY, LLC AND DOES 1-100, inclusive,<br><br>               Defendants. | Case No.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>(Local Rule 7.1-1) |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to L.R. 7.1.-1 and Fed. R. Civ. P. 7.1, the undersigned counsel of record for defendant CALIBER HOME LOANS, INC. ("Caliber") certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case:

1.      Caliber is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Texas; no public corporation owns 10 percent or more of Caliber's stock.

2.      Plaintiff Denise Estrada.

3.      All other named defendants in Plaintiff's complaint.

These representations are made to enable the Court to evaluate possible disqualification or recusal.


DATED:  June 17, 2015                    PERKINS COIE LLP


                                         By: */s/ Ofunne N. Edoziem*
                                             Ofunne N. Edoziem, Bar No. 260000
                                             OEdoziem@perkinscoie.com

                                         Attorneys for Defendants
                                         CALIBER HOME LOANS, INC. and
                                         SUMMIT MANAGEMENT COMPANY,
                                         LLC

1    **PROOF OF SERVICE BY OVERNIGHT DELIVERY**

2        I am a citizen of the United States and employed in Los Angeles County,

3    California.  I am over the age of eighteen years and not a party to the within-entitled

4    action.  My business address is 1888 Century Park E., Suite 1700, Los Angeles,

5    California  90067-1721.  On June 17, 2015, I deposited with Federal Express, a true

6    and correct copy of the within documents:

7        **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

8    in a sealed envelope, addressed as follows:

9

10       Mark S. Martinez, Esq.       *Attorney For Plaintiff*
    17272 Newhope Street       *DENISE ESTRADA*

11       Suite J
    Fountain Valley, CA  92708

12

13       Following ordinary business practices, the envelope was sealed and placed

14   for collection by Federal Express on this date, and would, in the ordinary course of

15   business, be retrieved by Federal Express for overnight delivery on this date.

16       I declare that I am employed in the office of a member of the bar of this court

17   at whose direction the service was made.

18       Executed on June 17, 2015, at Los Angeles, California.

19

20

21                   Carolyn A. Sanford

22

23

24

25

26

27

28